1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  Attorney for Defendant Larry Wells

5  WAYNE ORDOS, State Bar No. 89037
   Attorney at Law
6  1415 L Street, Suite 410
   Sacramento, CA 95814
7  (916) 556-1776
   (916) 556-1233 fax
8  Attorney for Defendant Jeffrey Wells

9

10            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA        )    CASE NO.   Cr. S-04-0069-MCE
                                   )
13         Plaintiff,              )
                                   )    MOTION TO CONTINUE HEARING
14     v.                          )    ON MOTION TO QUASH SUBPOENA
                                   )
15 LARRY WELLS, JEFFREY WELLS, and )
   HENRY KAISER,                   )
16                                 )
           Defendants.             )
17 _____)

18
            With the Court's permission, defendants LARRY WELLS and JEFFREY WELLS, by
19
   and through their undersigned counsel, do hereby move to continue the hearing on Surewest's
20
   Motion to Quash Subpoena, presently set for May 10, 2005 @ 2:00 p.m. before the Honorable
21
   Gregory G. Hollows, to May 31, 2005, at 2:00p.m.
22
            This rescheduling is necessary based on newly changed circumstances. Subsequent to the
23
   filing of the Motion, a new subpoena duces tecum has been authorized, issued and served on
24
   another party to the same series of transactions which are sought under the original subpoena
25
   duces tecum which is the subject of the pending Motion to Quash. This second subpoena was
26
   issued and served on the General Counsel's office of Ernst and Young on May 4, 2005.
27
            Further, additional more detailed subpoenas are also being prepared, and are expected
28

to be authorized and issued within the next week to ten days. These additional subpoenas involve the same identical legal issues and the same identical facts that would be litigated in the presently set hearing.

This pending hearing, and any and all subsequent hearings on the same facts and issues, may involve the taking of sworn testimony and the in camera review of substantial testimony and materials which form the confidential basis of the defense in a pending felony criminal prosecution before the Honorable Morrison England.

Additional Motions to Quash are a virtual certainty, filed by Surewest, Ernst and Young, and other entities involved in the same series of transactions underlying the criminal prosecution. These additional Motions to Quash will involve all of the same identical facts and legal issues presented by the pending Motion to Quash and set for hearing on May 10, 2005.

In light of this, defendants Larry Wells and Jeff Wells hereby move to continue the presently set hearing to a date three weeks later, May 31, 2005, to allow the Motions to Quash to catch up with each other and be presented and argued in one hearing. Counsel for the defendants recognize that the now set trial date of June 8, 2005 follows very closely behind this requested hearing date. However, all counsel, including the United States Attorney's Office, have agreed to continue the trial to a later date. On May 4, 2005, counsel for the pending Motion to Quash was notified in writing and by telephone of the defendants' request to continue the hearing on the Motion and the reasons why, but has not responded.

DATED: May 5, 2005

_____
WILLIAM J. PORTANOVA
Attorney for Defendant LARRY WELLS

DATED: May 5, 2005

_____
WAYNE ORDOS
Attorney for Defendant JEFFREY WELLS

IT IS SO ORDERED.

DATED: May __5__, 2005

_____
GREGORY G. HOLLOWS
THE HON. GREGORY G. HOLLOWS
United States Magistrate Judge

- 2 -