MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
ALEXANDER M.R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Ernst & Young LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LARRY WELLS, JEFFREY WELLS, and HENRY KAISER,<br><br>　　　　　　　　　　Defendants. | Case No.: Cr. S-04-0069-MCE<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ERNST & YOUNG LLP TO FILE MOTION TO QUASH** |

　　　WHEREAS on May 4, 2005, defendants Larry Wells and Jeffrey Wells served Ernst & Young LLP ("E&Y") with a Subpoena In A Criminal Case dated May 3, 2005 (the "Subpoena") in connection with the above-captioned case;

　　　WHEREAS the Subpoena seeks production of testimony and documents in the above-referenced Court on May 10, 2005;

　　　WHEREAS E&Y intends to move to quash or modify the Subpoena;

　　　WHEREAS defendants Larry Wells and Jeffrey Wells have indicated to this Court that further subpoenas will be issued to other entities within the next week to ten days involving the same legal issues and facts as the Subpoena; and

　　　WHEREAS E&Y and the defendants have agreed that it is appropriate to allow E&Y additional time to file any motion to quash or modify the Subpoena;

WITH THE COURT'S PERMISSION, IT IS HEREBY STIPULATED and agreed by and among the undersigned on behalf of their respective clients, that:

1. E&Y may file its motion to quash or modify the Subpoena on or before May 17, 2005;

2. E&Y will not be required to appear or produce documents or testimony in response to the Subpoena while its motion to quash or modify the Subpoena is pending;

IT IS SO STIPULATED:

DATED: May 9, 2005                    HELLER EHRMAN WHITE & MCAULIFFE LLP

By /s/ Alexander M.R. Lyon
ALEXANDER M.R. LYON

Attorneys for Ernst & Young LLP

DATED: May 9, 2005

/s/ William J. Portanova
WILLIAM J. PORTANOVA

Attorney for Larry Wells

DATED: May 6, 2005                    /s/ Wayne Ordos_____
WAYNE ORDOS
Attorney for Jeffrey Wells

IT IS SO ORDERED:
Dated: May 10, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2