WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax

Attorney for Defendant Larry Wells

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARRY WELLS, JEFFREY WELLS, and ) <br> HENRY KAISER, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   Cr. S-04-0069-MCE <br><br> **STIPULATION AND** <br> **(PROPOSED) ORDER** <br> **TO CONTINUE STATUS CONFERENCE** <br><br> Date: June 21, 2005 <br> Time: 8:30 a.m. |

With the Court's permission, defendants LARRY WELLS and JEFFREY WELLS and plaintiff UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to vacate the status conference, presently set for June 21, 2005 at 8:30 a.m., and reset it for July 26, 2005 at 8:30 a.m.

This rescheduling is necessary because of the pendency of several complicated discovery issues in Magistrate's Court, including a protracted battle over two pending subpoenas duces tecum. The parties are presently attempting to resolve at least some of these pending issues informally.

//

//

//

It is further stipulated and agreed that time will continue to be excluded for the same reasons articulated in our prior court appearances.

DATED: June _____, 2005        /s/ William J. Portanova
                               WILLIAM J. PORTANOVA
                               Attorney for Defendant LARRY WELLS

DATED: June _____, 2005        /s/ Wayne L. Ordos
                               WAYNE ORDOS
                               Attorney for Defendant JEFFREY WELLS

DATED: June _____, 2005        /s/ Stephen R. Lapham
                               STEPHEN R. LAPHAM
                               Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 24, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE