```
WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax

Attorney for Defendant Larry Wells
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 2:04-cr-0069-MCE** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | **RE: SCHEDULING** |
| LARRY WELLS and ) | |
| JEFFREY WELLS, ) | Date: February 13, 2007 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | |
| _____ ) | |

      With the Court's permission, defendants LARRY WELLS and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue their sentencing date, presently set for February 13, 2007 at 8:30 a.m., to March 13, 2007 at 8:30 a.m.

      Informal objections to the Pre-Sentence Report will be due to the Probation Office on or before February 20, 2007.

//

//

//

//

//

The Final Pre-Sentence Report will be due to the Court on or before February 27, 2007.

Formal objections to the Pre-Sentence Report will be due to the Court on or before March 6, 2007.

DATED: February 8, 2007         /s/ William J. Portanova
                                WILLIAM J. PORTANOVA
                                Attorney for Defendant LARRY WELLS


DATED: February 8, 2007         /s/ Stephen R. Lapham
                                STEPHEN R. LAPHAM or
                                MATTHEW SEGAL
                                Assistant United States Attorney


**IT IS SO ORDERED.**


Dated: February 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE