1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4
   Attorney for Defendant Larry Wells

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   2:04-cr-0069-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| LARRY WELLS, ) | **RE: SCHEDULING** |
| Defendant. ) | Date: March 13, 2007<br>Time: 8:30 a.m. |

With the Court's permission, defendant LARRY WELLS and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the sentencing date, presently set for March 13, 2007 at 8:30 a.m., to April 10, 2007 at 8:30 a.m.

///

///

///

///

///

///

///

The Final Pre-Sentence Report will be due to the Court on or before March 27, 2007.

Formal objections to the Pre-Sentence Report will be due to the Court on or before April 3, 2007.

DATED: February 26, 2007        /s/ William J. Portanova
                                WILLIAM J. PORTANOVA
                                Attorney for Defendant LARRY WELLS

DATED: February 26, 2007        /s/ Stephen R. Lapham
                                STEPHEN R. LAPHAM
                                Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  March 5, 2007**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**