WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax

Attorney for Defendant Larry Wells

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 2:04-cr-00069-MCE** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER** |
| LARRY WELLS, ) | **RE: SELF-SURRENDER DATE** |
| ) | |
| ) | Date: September 26, 2007 |
| Defendant. ) | |
| _____ ) | |

    With the Court's permission, defendant LARRY WELLS and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the date for Larry Wells' self-surrender from the presently scheduled date of September 28, 2007 to January 19, 2008 at 2:00 p.m. This request is made for medical and humanitarian reasons.

    The Court is already familiar with certain facts relative to the health of the defendant's wife, Dianna Wells, who has espheagal cancer. Larry Wells has been and continues to be her full-time caregiver. I have reviewed certain of her medical records, and on Tuesday, September 25, 2007, I spoke directly with her surgical oncologist, Mark Vierra, MD, FACS.

    Dr. Vierra informed me that Dianna Wells' battle with cancer is nearly over. In all likelihood, this will be the last request for such a continuance.

1     Dr. Vierra has provided letters and medical records to this office and is available to
2 discuss Ms. Wells' medical situation at any time.  He be reached at Monterey County Surgical
3 Associates, 950 Cass Street, Monterey, CA 93940, phone (831) 649-0808.
4     Accordingly, it is respectfully requested that this Court order that Larry Wells' presently
5 scheduled surrender date of September 28, 2007 be vacated, and that he be allowed to surrender
6 himself to his designated Bureau of Prisons facility before 2:00 p.m. on January 19, 2008.

10 DATED: September 26, 2007     /s/ William J. Portanova
    WILLIAM J. PORTANOVA
11     Attorney for Defendant LARRY WELLS

13
DATED: September 26, 2007     /s/ Stephen R. Lapham (by WJP)
14     STEPHEN R. LAPHAM
    Assistant United States Attorney

17 **IT IS SO ORDERED.**

18 **Dated:  September 27, 2007**

20     **MORRISON C. ENGLAND, JR.**
21     **UNITED STATES DISTRICT JUDGE**